UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✘) |
| TELEPHONE (✘) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Tuesday, August 26, 2008 @ 10:00 a.m.

CASE NUMBER: 3:CV-08-1036

CAPTION:   Walck v. Client Services

COUNSEL FOR PLAINTIFF:          Jason M. Rapa, Esquire

COUNSEL FOR DEFENDANT:          Carol J. Comeau, Esquire
                                Allen Bunker, Esquire

═══════════════════════════════════════════════════════════

CONFERENCE RESULTS:

♦   Counsel working with hopes of resolution;

♦   Discovery to run until the end of November 2008;

♦   Court available for any questions.